**Sarah GLEN, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

**No. 04–3283, 04–3292.**

United States Court of Appeals, Federal Circuit.

Dec. 17, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Eddie L. SPIGNER, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 04–3395.**

United States Court of Appeals, Federal Circuit.

Dec. 17, 2004.

**ORDER**

Order Vacated, See 120 Fed.Appx. 315, 2004 WL 3132886.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.